SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Scott N. Johnson )   Case No. **2:12-cv-01671-JAM-DAD**
  )
        Plaintiff, )   **ORDER RE: REQUEST FOR EXTENSION**
  )   **OF TIME TO FILE DISPOSITIONAL**
    vs. )   **DOCUMENTS**
  )
Demas Enterprises, )
  )
        Defendants )
  )

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than November 13, 2012.

Date:10/19/2012

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-12-cv-01671-JAM-DAD - 1