```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Demas Enterprises,<br><br>    Defendants | Case No. **2:12-cv-01671-JAM-DAD**<br><br>**ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than December 10, 2012.

Date:   11/19/2012

/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-12-cv-01671-JAM-DAD - 1