SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01671-JAM-DAD** |
| | ) |
| Plaintiff, | ) **ORDER RE: THIRD REQUEST FOR** |
| | ) **EXTENSION OF TIME TO FILE** |
| vs. | ) **DISPOSITIONAL DOCUMENTS** |
| | ) |
| Demas Enterprises, | ) |
| | ) |
| Defendants | ) |
| | ) |
| _____ | ) |

    IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than January 7, 2013.

    Further requests to extend time will be looked on with disfavor by the Court.

Date: 12/12/2012

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS